**IT IS ORDERED as set forth below:**



Date: December 19, 2017

_Susan D. Barrett_
Susan D. Barrett
United States Bankruptcy Judge

___

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re: <br> Robert & Millie Pierce <br><br> Debtor(s) | Case No.: 15-30248 <br><br> Judge: Susan D. Barrett <br><br> Chapter: 13 |

### ORDER ON TRUSTEE'S MOTION TO DISMISS

The above Motion having been considered, the same is hereby:

☐ Granted and the case is dismissed;

    ☐ With prejudice against refiling for 180 days;

    ☐ Unless Debtor converts to Chapter 7 within 14 days, $25 conversion fee is due upon filing notice of conversion;

☐ Denied.



- [✓] Denied on the condition that Debtor(s):
  - [ ] File a Modified Plan within fourteen (14) days.
  - [✓] Raise payments to $ ~~698.00~~ 682- per month _____ for the balance of the plan;
  - [ ] Furnish Trustee with information sufficient to permit issuance of salary deduction order instanter.
  - [✓] Pay $ ~~698.00~~ 682.00 by 12/25/17 ;
  - [ ] Pay $_____ per _____ until _____.
  - [✓] Makes all future payments to Trustee in a timely manner.
- [ ] Continued to the _____ term of Court.
  - [ ] With payments of $_____ in the interim.
- [✓] for 6 mos Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non-Compliance. If no request for a hearing is filed within 14 days of the Notice of Non-Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

[END OF DOCUMENT]

**Consented to by:**

Debtor: _____

Debtor: _____

Debtor's Attorney: Angela M. Magruder #113625

Chapter 13 Trustee/Attorney for: _____
Huon Le, Cortney Elam, Jane Miller